**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

**FILED**

JUN 2 6 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

UNITED STATES OF AMERICA,

        **Plaintiff,**

V.

HAROLD BRUCE CALLAWAY,

        **Defendant.**

**CRIMINAL NO.**
**INDICTMENT**

[Vio: 18 U.S.C. § 2251(a) -
**Production of Child Pornography;**
**18 U.S.C. § 1466A(a)(1) –**
**Production of Obscene Visual Depiction of**
**Sexual Abuse of a Child]**

**MO13CR0187**

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. § 2251(a)]

That on or about February 2, 2013, in the Western District of Texas, the Defendant,

**HAROLD BRUCE CALLAWAY,**

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, § 2251(a).

### COUNT TWO
### [18 U.S.C. § 2251(a)]

That on or about February 2, 2013, in the Western District of Texas, the Defendant,

**HAROLD BRUCE CALLAWAY,**

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any

means, including by computer, in violation of Title 18, United States Code, § 2251(a).

## COUNT THREE
### [18 U.S.C. § 2251(a)]

That on or about February 2, 2013, in the Western District of Texas, the Defendant,

## HAROLD BRUCE CALLAWAY,

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit

conduct for the purpose of producing a visual depiction of such conduct, using materials that have

been mailed, shipped, and transported in and affecting interstate and foreign commerce by any

means, including by computer, in violation of Title 18, United States Code, § 2251(a).

## COUNT FOUR
### [18 U.S.C. § 2251(a)]

That on or about February 3, 2013, in the Western District of Texas, the Defendant,

## HAROLD BRUCE CALLAWAY,

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit

conduct for the purpose of producing a visual depiction of such conduct, using materials that have

been mailed, shipped, and transported in and affecting interstate and foreign commerce by any

means, including by computer, in violation of Title 18, United States Code, § 2251(a).

## COUNT FIVE
### [18 U.S.C. § 1466A(a)(1)]

That on or about March 7, 2013, in the Western District of Texas, the Defendant,

## HAROLD BRUCE CALLAWAY,

did knowingly produce, distribute, receive, and possess with the intent to distribute, a visual

depiction of any kind, including a drawing, cartoon, sculpture, and painting that depicts a minor

engaging in sexually explicit conduct and is obscene, in violation of Title 18, United States Code,

Section 1466A(a)(1).


## COUNT SIX
### [18 U.S.C. § 1466A(a)(1)]

That on or about March 7, 2013, in the Western District of Texas, the Defendant,

**HAROLD BRUCE CALLAWAY,**

did knowingly produce, distribute, receive, and possess with the intent to distribute, a visual

depiction of any kind, including a drawing, cartoon, sculpture, and painting that depicts a minor

engaging in sexually explicit conduct and is obscene, in violation of Title 18, United States Code,

Section 1466A(a)(1).

A TRUE BILL.


FOREPERSON OF THE GRAND JURY

Original signed by the
foreperson of the Grand Jury

ROBERT PITMAN
UNITED STATES ATTORNEY


AUSTIN M. BERRY
Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Unsealed | **MO13CR0187** |

| | | |
|---|---|---|
| COUNTY: Andrews | DIVISION:  MIDLAND/ODESSA | JUDGE: |
| DATE: June 26, 2013 | MAG CT #: | FBI #: |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: | |

| | |
|---|---|
| DEFENDANT: Harold Bruce Callaway | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP:        INTERPRETER NEEDED    LANGUAGE:

DEFENSE ATTORNEY:
      EMPLOYED
      APPOINTED

DEFENDANT IS: State custody

| | |
|---|---|
| DATE OF ARREST: | BENCH WARRANT:  XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description):   Cts.1-4 – 18 USC 2251(a) – Production of child pornography; Cts. 5 & 6 – 18 USC 1466A(a)(1) – Production of Obscene Visual Depiction of Sexual Abuse of a Child

OFFENSE IS:  FELONY

MAXIMUM SENTENCE:   Cts. 1-4 (each) - A minimum mandatory term of imprisonment of 15 years, not to exceed 30 years; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment; Cts. 5 & 6 (each) – A minimum mandatory term of imprisonment of 5 years, not to exceed 20 years; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:   As stated above.

REMARKS:  AGENT:
Juanita Santana - ICE-HSI

WDT-Cr-3