AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

| United States of America | ) |
| v. | ) |
| | ) Case No. MO:13-CR-187 |
| | ) |
| | ) |
| Harold Bruce Callaway | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Harold Bruce Callaway                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:2251(a)- Production of Child Pornography
18:1466A- Production of Obscene Visual Depiction of Sexual Abuse of a Child


Date:   06/26/2013

*Issuing officer's signature*

City and state:   Midland, TX

Y. Sanchez, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |