IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**FILED**
AUG 22 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MO-13-CR-187 |
| | ) | |
| **HAROLD BRUCE CALLAWAY** | ) | |

## FINDINGS OF FACT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On the 21st day of August 2013, this cause came before the undersigned U.S. Magistrate Judge for Guilty Plea and Allocution of the Defendant **HAROLD BRUCE CALLAWAY**[1] on Counts **ONE thru SIX** of the **INDICTMENT** filed herein charging him in each Counts **ONE, TWO, THREE and FOUR** with a violation of 18 U.S.C. § 2251(a) and each Counts **FIVE and SIX** with a violation of 18 U.S.C. § 1466A(a)(1)  The Defendant signed a written consent to plead before the Magistrate Judge. After conducting said proceeding in the form and manner prescribed by FED.R.CRIM.P. 11 the Court finds:

a) That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a U.S. Magistrate Judge subject to final approval and imposition of sentence by the District Court.

b) That the Defendant and the Government have entered into a plea agreement which has been filed and disclosed in open court pursuant to FED.R.CRIM.P. 11(c)(2).

c) That the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea,[2] and that the plea

---

[1] The Defendant acknowledged that he has been charged under the true and correct name.

[2] The Defendant was admonished as to the statutory penalty range for each **Counts ONE, TWO, THREE and FOUR** of a mandatory minimum 15 years up to 30 years imprisonment, a fine not to exceed Two Hundred Fifty Thousand Dollars ($250,000.00), a mandatory minimum 5 years up to life of supervised release, and a One Hundred Dollar ($100.00) mandatory special assessment.

The Defendant was admonished as to the statutory penalty range for each **Counts FIVE and SIX** of a mandatory minimum 5 years up to 20 years imprisonment, a fine not to exceed Two Hundred Fifty Thousand Dollars ($250,000.00), a mandatory minimum 5 years up to life of supervised release, and a One Hundred Dollar ($100.00) mandatory special assessment.  **The Defendant was also admonished that the District Judge could order that the punishment in each count run consecutively.  Furthermore, the Defendant was admonished that if it is determined that any restitution is owing, the District Judge may order him to pay such, whether that amount is agreed upon or disputed at sentencing.**

of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

**IT IS THEREFORE**, the recommendation of the undersigned U.S. Magistrate Judge that the District Court accept the plea agreement and the guilty plea of the Defendant **HAROLD BRUCE CALLAWAY** and that **HAROLD BRUCE CALLAWAY** be finally adjudged guilty of that offense.

The United States District Clerk shall serve a copy of this Proposed Findings of Fact and Recommendation on all parties electronically. In the event that a party has not been served by the Clerk with this Report and Recommendation electronically, pursuant to the CM/ECF procedures of this District, the Clerk is ORDERED to mail such party a copy of this Report and Recommendation by certified mail, return receipt requested. Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar the party from a de novo determination by the District Court. Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court, except upon grounds of plain error or manifest injustice.

**SIGNED** this 21st day of August, 2013.

_____
**DAVID COUNTS**
United States Magistrate Judge